# UNITED STATES DISTRICT COURT

__NORTHERN__   District of   __CALIFORNIA__

DAREN HEATHERLY

Plaintiff(s),

V.

WYVERN RESTAURANTS, INC., et al.

Defendant,

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 14-CV-00768-NC

Notice is hereby given that, subject to approval by the court, Wyvern Restaurants, Inc., dba Round Table Pizza, substitutes SCOTT A. LEWIS, State Bar No. 149094, as counsel of record in place of CATHERINE M. CORFEE.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP |
| Address: | 438 FIRST STREET, 4TH FLOOR, SANTA ROSA, CA 95401 |
| Telephone: | (707) 525-8800     Facsimile: 707.545.8242 |
| E-Mail (Optional): | lewis@perrylaw.net |

I consent to the above substitution.
Date:     1/24/15

*MICHAEL CARNEY, PRESIDENT*
(Signature of Party(s))

I consent to being substituted.
Date:     1/27/15

*CATHERINE CORFEE*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:     1/26/15

*SCOTT A. LEWIS*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    __January 27, 2015__

Judge

GRANTED
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]