THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 674-8600
Facsimile:    (415) 674-9900

Attorney for Plaintiffs
DAREN HEATHERLY
and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and DAREN HEATHERLY,<br><br>    Plaintiffs,<br><br>v.<br><br>WYVERN RESTAURANTS, INC., dba ROUND TABLE PIZZA; and GARY L. SIMMONS and SALLYN SIMMONS, as Trustees of the Simmons 2011 Family Trust, u/d/t July 7, 2011,<br><br>    Defendants.<br>_____ | **CASE NO. CV-14-00768-NC**<br><br>STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants WYVERN RESTAURANTS, INC., dba ROUND TABLE PIZZA; and GARY L. SIMMONS and SALLYN SIMMONS, as Trustees of the Simmons 2011 Family Trust, u/d/t July 7, 2011, by and through their respective attorney of record, hereby stipulate to continue the Case Management set for February 4, 2015, at 10:00 a.m.

///

///

///

STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE   CASE NO. CV-14-00768-NC

1. **Whereas**, plaintiffs counsel believed this action was settled in its entirety with then defense counsel, Catherine Corfee, after three (3) settlement drafts; and

2. **Whereas**, defendants substituted new defense counsel, Scott Lewis, was substituted in on January 27, 2015; and

3. **Whereas**, Scott Lewis has represented that he does not have his clients' file yet; and

4. **Whereas**, Scott Lewis needs the file in order to advise his clients; and

5. **Whereas**, Scott Lewis has asked plaintiffs' counsel, Thomas E. Frankovich, to stipulate to continue the Case Management Conference; and

6. **Whereas**, a Mediator has been assigned to this case; and

7. **Whereas**, plaintiffs' counsel has no objection to continuing the Case Management Conference set for February 4, 2015, but is concerned that the only available dates he has on his calendar is March 3, 2015, March 10, 2015, March 12, 2015 and March 16, 2015, due to the fact, that he has a judge assigned to try a case on the specific dates of: February 16, 2015 through February 27, 2015, and is out of the country from March 19, 2015 through May 5, 2015; and

8. **Whereas**, Scott Lewis has a planned vacation through May of 2015.  It's stipulated and requested that the Case Management Conference be set/continued to March on one of the following dates: March 3, 2015, March 10, 2015, March 12, 2015 and March 16, 2015, or continued sometime in June of 2015; and

9. **Whereas**, the respective attorneys will try and settle this matter by March 18, 2015; and

10. **Whereas**, realistically, the parties may have to ask the ADR Magistrate Judge to allow a mediation to be concluded by the third (3rd) week of June 2015.

It is stipulated and requested that the Case Management be scheduled in June of 2015.

///
///
///
///

This stipulation may be executed in counterparts and all executed counterparts shall be binding upon all parties notwithstanding that signature of all parties designated representatives do not appear on the same page.  Photocopies and facsimile shall have the same force and effect as originals.

                                    Respectfully submitted,

Dated: January 28, 2015          THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ____/s/Thomas E. Frankovich_____
       Thomas E. Frankovich
Attorney for Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ

Dated: January 28, 2015          **PERRY, JOHNSON, ANDERSON MILLER & MOSKOWITZ LLP,**

By: ____/s/Scott A. Lewis_____
       Scott A. Lewis
Attorneys for Defendants WYVERN RESTAURANTS, INC., dba ROUND TABLE PIZZA; and GARY L. SIMMONS and SALLYN SIMMONS, as Trustees of the Simmons 2011 Family Trust, u/d/t July 7, 2011

**[~~PROPOSED~~] ORDER**

Good cause appearing, IT IS SO ORDERED.  The case management conference is continued to June 3, 2015 at 10:00 a.m. Updated case management statement due one week prior to conference. The parties to file a joint update on the status of settlement by March 25, 2015.

Dated: __January 29____, 2015         _____
Honorable Nathanael M. Cousins
California United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE   CASE NO. CV-14-00768-NC

3