UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WYVERN RESTAURANTS, INC, et al., <br><br> Defendants. | Case No.14-cv-00768-NC <br><br> **NOTICE OF DEFICIENCY AND ORDER REQUIRING PARTIES TO APPEAR TELEPHONICALLY FOR CMC** <br><br> Re: Dkt. Nos. 27, 28, 29 |

On June 11, 2015, plaintiff submitted a notice of need for mediation to this Court, indicating that the parties would meet for a joint site inspection on June 23, 2015, and asking the Court to appoint a mediator for after that date. Dkt. No. 27. Defendant responded that the Court should vacate the joint inspection and instead send the parties to mediation to address the issue of a previous settlement. Dkt. No. 28.

The Court previously ordered the parties to complete the site visit by May 29, 2015. Dkt. No. 22. In that order, the Court noted that the parties had not updated the Court on the status of settlement as previously ordered, but extended the deadline for the parties to attend mediation or provide an updated status of settlement by June 26, 2015. *Id.*

A mediator was appointed for this case in January 2015. Dkt. No. 16. Apparently, the parties have not completed the site visit by the Court's deadline, nor does it seem that they have contacted the court-appointed mediator to complete mediation by the Court's June 26, 2015 deadline.

Case No.:14-cv-00768-NC

Therefore, the Court ORDERS the parties to appear telephonically for a case management conference on June 17, 2015, at 10:00 a.m. Counsel must contact the Courtroom Deputy at 408.535.5343 to obtain dial-in information.

**IT IS SO ORDERED.**

Dated: June 12, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge