UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WYVERN RESTAURANTS, INC, et al.,<br><br>    Defendants. | Case No.14-cv-00768-NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 35 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed by September 4, 2015. All scheduled dates are VACATED.

**IT IS SO ORDERED.**

Dated: August 4, 2015

                                          _____
                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

Case No.:14-cv-00768-NC